# United States District Court
# Violation Notice

| CVB Location Code |
| M4B |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FABB008K | Janik | 1525 |

FABB008K

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 10/24/2022 00:00 | FED 36 CFR 261.56 |

Place of Offense
LITTLE BASIN CREEK

Offense Description: Factual Basis for Charge                    HAZMAT ☐
OPERATION OF A MOTOR VEHICLE OFF ROAD AS PROHIBITED

## DEFENDANT INFORMATION                    Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| SCOTT | MICHAEL | |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | | |

☐ Adult  ☐ Juvenile  Sex ☐ M ☐ F  | Race | Hair | Eyes | Height | Weight |

## VEHICLE        VIN:                    CMV ☐

| Tag No. | State | Year | Make/Model / | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☐  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 200.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT     $ 230.00 | Total Collateral Due |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete          Original - CVB Copy          FS-5300-4 (7/05)

FABB008K

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___10/24/2022___ while exercising my duties as a law enforcement

officer in the _____ District of ___MT___

Pursuant to 16USC 551: I Forest Service Law Enforcement Officer John JANIK state that I received information from Montana Fish Wildlife and Parks Wardens that Michael SCOTT operated a four-wheeler off road to retrieve an elk on October 24, 2022 in the Little Basin Creek area South of Butte Mt. On November 12, 2022 JANIK contacted SCOTT who admitted that he had driven the four wheeler off road to retrieve an elk. Scott stated that other people had been in the area with four-wheelers and he thought it was OK to do so as well. SCOTT was issued this Notice of Violation for Operation of a Motor Vehicle off road as prohibited by Special Order, a violation of 36 CFR 261.56.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

___10/24/2022___

Date (mm/dd/yyyy)          Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;          PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;          CMV = Commercial vehicle involved in incident